UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br>v.<br><br><br>BENECARD SERVICES, INC.,<br><br><br>　　　　　　Defendant. | Case No. 1:15-cv-04384-KBF<br><br>**DECLARATION OF B. JOHN PENDLETON, JR. IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S <u>DAUBERT</u> MOTION TO EXCLUDE PORTIONS OF THE TESTIMONY AND REPORT OF JASON RUCHABER, CFA, ASA** |

**B. JOHN PENDLETON, JR.**, under penalty of perjury, hereby declares as follows:

I am an attorney-at-law admitted in the United States District Court for the Southern District of New York and a member of the law firm of DLA Piper LLP (US).  I am familiar with the facts and circumstances stated herein and respectfully submit this declaration in support of defendant Benecard Services, Inc.'s opposition to plaintiff's <u>Daubert</u> motion to exclude portions of the testimony and report of Jason Ruchaber, CPA, ASA.

　　　　1.　　　Attached hereto as Exhibit 1 is true and correct copy of referenced portions of the deposition of John Leary, dated July 7, 2016.

　　　　2.　　　Attached hereto as Exhibit 2 is true and correct copy of referenced portions of the deposition of Jason Ruchaber, dated July 8, 2016.

　　　　3.　　　Attached hereto as Exhibit 3 is true and correct copy of Smart Insurance Company's Investment Committee Update Memo, dated November 2, 2012.

2

4. Attached hereto as Exhibit 4 is a true and correct copy of referenced portions of 2013 Annual Report of the Boards of Trustees of the Federal Hospital Insurance and Federal Supplementary Medical Insurance Trust Funds.

5. Attached hereto as Exhibit 5 is a true and correct copy of an email from John Gardynik, dated July 27, 2013.

I hereby declare that the foregoing statements made by me are true.  I am aware that if any of the foregoing is willfully false, I may be subject to punishment.

**DLA PIPER LLP (US)**

s/ B. John Pendleton, Jr.
B. John Pendleton, Jr.
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
john.pendleton@dlapiper.com
Attorneys for Defendant

Dated:  August 30, 2016