# Exhibit 1

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:15-cv-04384(KBF)
------------------------------------x
SMART INSURANCE COMPANY,

        Plaintiff,

-against-

BENECARD SERVICES, INC.,

        Defendant.
------------------------------------x

        1221 Avenue of the Americas
        New York, New York

        July 7, 2016
        9:30 a.m.

        VIDEOTAPED DEPOSITION of JOHN L. LEARY, taken by the Defendant, held at the aforementioned time and place, before Sherri Flagg, a Registered Professional Reporter, Certified LiveNote Reporter, and Notary Public.

Page 82

- J. LEARY -

time period between January of 2013 and the date the company was sold on August 31st, 2013, related to consultants and other professionals hired to attempt to remove sanctions imposed by CMS, and also to review information from consultants concerning claims that were improperly adjudicated during that time period.

Q. My question is -- thank you for that answer. Then you do not have any opinion at all, sir, about whether Benecard or Smart or both of them or neither of them actually caused the sale or the sanctions that you were told were in place, correct?

A. Please repeat the question.

Q. Sure. Your opinion doesn't encompass who's liable to whom here, does it?

A. No.

Q. Okay. You're just providing an opinion about the valuation of Smart on a date in August of 2013, correct?

MR. MEYERHOFF: Form objection.

A. No.

Q. Okay. That's one of the things you're providing an opinion on, right?

Page 83

- J. LEARY -

A. Yes.

Q. Okay. And you're also providing an opinion on what certain expenses were actually incurred by Smart at or about the time the plan was sold to ESI in September of 2013, correct?

A. Yes.

Q. Okay. And in terms of -- we can hopefully be quick on this. In terms of those expenses that you include in your report that were incurred, you accepted the information that Smart provided to you about the expenses it incurred. You didn't have to do any valuation of those expenses or any economic analysis. Smart told you that it incurred X millions of dollars in expenses; you looked at them and said: That's what they incurred. Correct?

MR. MEYERHOFF: Form objection. Hopelessly compound.

A. No.

Q. All right. We'll get to it when we get to that part of your report.

All right. Let's turn to page 3

Page 84

- J. LEARY -

of Leary 1. And on page 3 you indicate that the -- this is -- page 3 begins with a summary of the opinions, correct?

A. Yes.

Q. And your answer to my question a few minutes ago was essentially the summary in an a little bit shorter version, right?

MR. MEYERHOFF: Form objection. Form objection.

A. I don't understand your question.

Q. Okay. Well, let's go through. You have -- on page 3 you indicate that, based on the results of the analyses in your report and your education, experience and training and knowledge, your opinion is that the fair market value of Smart, as of August 31, 2013, was at least $53.08 million higher than the proceeds received as a result of the transaction. Right?

A. Correct.

Q. Okay. And you further explain that you estimate the fair market value of Smart as of that date, August 31, 2013, on a marketable controlling basis to be between

Page 85

- J. LEARY -

65.33 million and 72.57 million compared to the 12.25 million that it actually received from ESI. Right?

A. Yes.

Q. Now, let me just ask sort of some basic questions. On August 31, 2013, how long had Smart Insurance Company been in the Medicare Part D business, sir?

A. It is my recollection that the contract was awarded sometime in September of 2012. So it went through open enrollment and that it first enrolled its members beginning January 1, 2013.

Q. Do you recall, from doing all of your analysis--and there's a lot of it in this report, we'll get to it--how much Smart Insurance Company -- what the profit of Smart Insurance Company in 2012 was?

A. I don't recall specific number but it was in the loss position.

Q. Okay. And do you recall, for the period from January 1, 2013, to August 31, 2013, how much profit Smart had earned at that time, during that period of time?

22 (Pages 82 - 85)

Page 86

- J. LEARY -

2  A.  During that period of time, they
3  were also incurring losses.
4  Q.  Okay. And then for the whole
5  calendar year of 2013, can you tell me, to the
6  best of your recollection, what the profit of
7  Smart Insurance Company was?
8  A.  I don't recall what the 2013
9  financial statements -- I recall looking at the
10 -- a full year for 2013, but I don't recall
11 what the losses or profits were.
12 Q.  Okay. But there were no profits;
13 there were losses, right?
14      MR. MEYERHOFF: Form objection.
15 A.  I don't recall.
16 Q.  Can you tell me, in this
17 30-some-page report with a number of
18 appendices, where I can find the information I
19 just asked you, that is, the amount of profits
20 or losses that Smart incurred between January
21 1, 2012, and August 31, 2013?
22      MR. MEYERHOFF: Form objection.
23 A.  Historical balance sheet data --
24 Q.  Can you give me -- is it an
25 appendix?

Page 87

- J. LEARY -

2  A.  It's my report Exhibit E-1.
3  Q.  Just give me a second so I can get
4  there, please. Okay, I'm on E-1.
5  A.  E-1 shows the balance sheet as of
6  December 31st, 2013.
7  Q.  Okay. I'm looking at the
8  historical balance sheet. Can you tell me
9  where on this sheet it tells me the number of
10 the profit or loss for Smart Insurance Company
11 for the calendar year 2013?
12 A.  Well, this is the balance sheet.
13 It shows unassigned surplus or deficit of 15.6
14 or 15.7 million. On the next page, the
15 historical income statement, shows income for
16 fiscal year ended December 31st. And this
17 shows a loss of 2,845,519.
18 Q.  Okay. So the unassigned deficit,
19 because it's a negative number on the balance
20 sheet E-1, is 15,694,934?
21 A.  Right.
22 Q.  And does that represent the total
23 losses for the company from 2012 through 2013?
24      MR. MEYERHOFF: Form objection.
25 What do you mean from 2012?

Page 88

- J. LEARY -

2  Q.  Do you understand my question,
3  sir?
4  A.  I'd like for you to repeat it.
5  Q.  I can repeat it. Let me ask it
6  this way: What does that $15,694,934 figure --
7  what does that represent, sir?
8  A.  That would be the cumulative
9  losses.
10 Q.  And as you testified a few minutes
11 ago, your understanding was that Smart
12 commenced this business on or about 2012,
13 correct?
14 A.  That's when they began their CMS
15 contract. I believe the company was formed
16 before that time.
17 Q.  Okay. And then on E-2, the
18 historical income statement, there's an
19 indication that the EBITDA, that's
20 E-B-I-T-D-A -- and can you just explain what
21 that EBITDA means?
22 A.  It's earning before interest,
23 taxes, depreciation and amortization.
24 Q.  And you rely upon EBITDA
25 calculations in your report of some of the

Page 89

- J. LEARY -

2  comparable -- allegedly comparable companies,
3  right?
4  A.  Yes.
5  Q.  EBITDA's an important component
6  when you're doing a business valuation, isn't
7  it?
8       MR. MEYERHOFF: Form objection.
9  A.  Yes.
10 Q.  Okay. And the EBITDA for Smart,
11 as indicated on Exhibit E-2 to your report,
12 indicates that it was a negative $20,331,492.
13 Correct?
14 A.  Correct.
15 Q.  Now, below the EBITDA there's a
16 line item indicating write-ins. What does that
17 represent, sir?
18 A.  That represents the -- there was a
19 gain, as I recall, on the sale of the company
20 that resulted in an entry for a write-in of
21 17.47 million.
22 Q.  So even with that -- when you say
23 a gain on the sale of a company, there was a
24 gain as a result of the sale to ESI on
25 September 1, 2013, of 17 million?

Page 314

```
 1
 2         C E R T I F I C A T I O N
 3
 4         I, Sherri Flagg, a Professional
 5  Reporter, Certified LiveNote Reporter, and a
 6  Notary Public, do hereby certify that the
 7  foregoing witness, JOHN L. LEARY, was duly
 8  sworn on the date indicated and that the
 9  foregoing is a true and accurate transcription
10  of my stenographic notes.
11         I further certify that I am not
12  employed by nor related to any party to this
13  action.
14     [signature]
15
       _____
16     Sherri Flagg, CLR
17
18
19
20
21
22
23
24
25
```

Page 315

```
 1            ERRATA SHEET
              VERITEXT LEGAL SOLUTIONS
 2             330 OLD COUNTRY ROAD
               MINEOLA, NY 11501
 3               800.727.6396
 4  CASE: SMART VS. BENECARD
    DEPOSITION DATE: 7/7/2016
 5  DEPONENT: JOHN L. LEARY
 6  PAGE LINE(S)   CHANGE         REASON
 7  ___  ____   _____    _____
 8  ___  ____   _____    _____
 9  ___  ____   _____    _____
10  ___  ____   _____    _____
11  ___  ____   _____    _____
12  ___  ____   _____    _____
13  ___  ____   _____    _____
14  ___  ____   _____    _____
15  ___  ____   _____    _____
16  ___  ____   _____    _____
17  ___  ____   _____    _____
18  ___  ____   _____    _____
19  ___  ____   _____    _____
20
21     _____
           JOHN L. LEARY
22
       SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS ____ DAY OF _____, 20___.
24
    _____   _____
25  (NOTARY PUBLIC)      MY COMMISSION EXPIRES:
```