# Exhibit 4

# 2013 ANNUAL REPORT OF THE BOARDS OF TRUSTEES OF THE FEDERAL HOSPITAL INSURANCE AND FEDERAL SUPPLEMENTARY MEDICAL INSURANCE TRUST FUNDS

COMMUNICATION

From

THE BOARDS OF TRUSTEES,
FEDERAL HOSPITAL INSURANCE AND
FEDERAL SUPPLEMENTARY MEDICAL INSURANCE
TRUST FUNDS

Transmitting

THE 2013 ANNUAL REPORT OF
THE BOARDS OF TRUSTEES OF THE
FEDERAL HOSPITAL INSURANCE AND
FEDERAL SUPPLEMENTARY MEDICAL INSURANCE
TRUST FUNDS

Exhibit 7
Wit: Leary
Date 7-7-16
S. Flagg, RPR, CLR

# LETTER OF TRANSMITTAL

---

BOARDS OF TRUSTEES OF THE
FEDERAL HOSPITAL INSURANCE AND
FEDERAL SUPPLEMENTARY MEDICAL INSURANCE TRUST FUNDS,
Washington, D.C., May 31, 2013

HONORABLE JOHN A. BOEHNER,
*Speaker of the House of Representatives*

HONORABLE JOSEPH R. BIDEN, JR.,
*President of the Senate*

GENTLEMEN:

We have the honor of transmitting to you the 2013 Annual Report of the Boards of Trustees of the Federal Hospital Insurance Trust Fund and the Federal Supplementary Medical Insurance Trust Fund, the 48th such report.

Respectfully,

/S/
JACOB J. LEW,
*Secretary of the Treasury,*
*and Managing Trustee of the Trust Funds.*

/S/
SETH D. HARRIS,
*Acting Secretary of Labor, and Trustee.*

/S/
KATHLEEN SEBELIUS,
*Secretary of Health and Human Services,*
*and Trustee.*

/S/
CAROLYN W. COLVIN,
*Acting Commissioner of Social Security,*
*and Trustee.*

/S/
CHARLES P. BLAHOUS III,
*Trustee.*

/S/
ROBERT D. REISCHAUER,
*Trustee.*

/S/
MARILYN B. TAVENNER,
*Administrator,*
*Centers for Medicare & Medicaid Services,*
*and Secretary, Boards of Trustees.*