# Exhibit 5

| | |
|---|---|
| **From:** | John Gardynik |
| **Sent:** | Saturday, July 27, 2013 5:21 AM |
| **To:** | Steve Kaczmarek; bpim@express-scripts.com |
| **Subject:** | RE: Smart's 2014 bids |
| **Attachments:** | (C)(3) 2014 Plan Design and Bid Information.xlsx; Formulary enhanced detail report Smart D CY2014 version 4.xlsx |

Attached please find the 2014 formulary and bid information.

Brit, please let me know if there is more information that you would like to see.   Feel free to give me a call today.

Thanks

John Gardynik
Chief Executive Officer
Smart Insurance Company

Direct: (440) 394-0141 | Cell: (440) 265-0019 | Fax: (440) 545-3528
30775 Bainbridge Road | Suite 210 |Solon, OH | 44139
E-mail: john.gardynik@smartdrx.com | smartdrx.com

This communication and any attachments may contain information solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

-----Original Message-----
From: Steve Kaczmarek [mailto:steve.kaczmarek@milliman.com]
Sent: Friday, July 26, 2013 5:58 PM
To: John Gardynik
Cc: bpim@express-scripts.com
Subject: RE: Smart's 2014 bids

Thanks for the heads up - I'll be happy to provide them with what they need.

-----Original Message-----
From: John Gardynik [mailto:john.gardynik@smartdrx.com]
Sent: Friday, July 26, 2013 5:55 PM
To: Steve Kaczmarek
Cc: bpim@express-scripts.com

1

SMT00188232

Subject: Smart's 2014 bids

Steve,

I hope this note finds you well.

To make a long story short, confidentially Smart is entertaining a strategic relationship with ESRX, hence why Brit Pim of Express is copied.

I will send out a copy of our 2014 bid to both of you tomorrow. Feel free to discuss our bid with ESRX's actuaries in the Milliman Milwaukee office during the next week should you get a request to do so.

Thanks

Sent from my iPad

This communication and any attachments may contain information solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.
******************************************************************

This communication is intended solely for the addressee and is confidential. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. Unless indicated to the contrary: it does not constitute professional advice or opinions upon which reliance may be made by the addressee or any other party, and it should be considered to be a work in progress.
******************************************************************

SMT00188233