# Exhibit 9

**From:** Danielle Panich
**Sent:** Tuesday, January 15, 2013 11:54 AM
**To:** Tammy Cappadonna
**Subject:** RE: Question regarding Dec Audit

Agreed. I think that they are failures. I can walk through it during the call, just wanted you to be in the loop and bless.

Thanks,

D

---

**From:** Tammy Cappadonna
**Sent:** Tuesday, January 15, 2013 11:45 AM
**To:** Danielle Panich
**Subject:** RE: Question regarding Dec Audit

Well......technically it is a failure and getting this one right isn't a matter of pass/fail for her at this point, right? But, we have to tell them what to do......obviously they don't know.

*Tammy L. Cappadonna*
Director, Delegated Entity and Quality Assurance
Tammy.Cappadonna@smartdrx.com
(D) 440-359-8664
(C) 440-265-9501



This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

---

**From:** Danielle Panich
**Sent:** Tuesday, January 15, 2013 11:43 AM
**To:** Tammy Cappadonna
**Subject:** FW: Question regarding Dec Audit

We are still denying, correct?

---

**From:** Kiersten Aymar [mailto:Kiersten.Aymar@benecard.com]
**Sent:** Monday, January 14, 2013 8:56 PM
**To:** Danielle Panich
**Subject:** Question regarding Dec Audit

This is a CMS OEC enrollment:

| | | | |
|---|---|---|---|
| CMS OEC | SEP-V | **Fail** | There are no notes regarding what the date of the region change is. |

The date is not on the OEC file so is it expected that we will pend these for member calls. What should be the established process if the member cannot be reached? Deny at 7 days for no election?

2

SMT00121588