# Exhibit 10

| | |
|---|---|
| **From:** | Tammy Cappadonna |
| **Sent:** | Tuesday, January 15, 2013 1:16 PM |
| **To:** | Danielle Panich |
| **Subject:** | RE: Question regarding Dec Audit |

EXACTLY!

*Tammy L. Cappadonna*
Director, Delegated Entity and Quality Assurance
Tammy.Cappadonna@smartdrx.com
(D) 440-359-8664
(C) 440-265-9501



This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Danielle Panich
**Sent:** Tuesday, January 15, 2013 1:16 PM
**To:** Tammy Cappadonna
**Subject:** RE: Question regarding Dec Audit

Agreed. But that said, they told us that they had experts! LOL!

**From:** Tammy Cappadonna
**Sent:** Tuesday, January 15, 2013 11:58 AM
**To:** Danielle Panich
**Subject:** RE: Question regarding Dec Audit

They won't like it cause they will feel they didn't have direction, but it is what it is.....

*Tammy L. Cappadonna*
Director, Delegated Entity and Quality Assurance
Tammy.Cappadonna@smartdrx.com
(D) 440-359-8664
(C) 440-265-9501



This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.