UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART INSURANCE COMPANY,<br><br>      Plaintiff,<br>v.<br><br><br>BENECARD SERVICES, INC.,<br><br><br><br><br><br>      Defendant. | Case No. 1:15-cv-04384-KBF<br><br><br>**DECLARATION OF B. JOHN PENDLETON, JR. IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S <u>DAUBERT</u> MOTION TO EXCLUDE PORTIONS OF THE TESTIMONY AND REPORT OF SUSAN HAYES** |

**B. JOHN PENDLETON, JR.**, under penalty of perjury, hereby declares as follows:

I am an attorney-at-law admitted in the United States District Court for the Southern District of New York and a member of the law firm of DLA Piper LLP (US). I am familiar with the facts and circumstances stated herein and respectfully submit this declaration in support of defendant Benecard Services, Inc.'s opposition to plaintiff's <u>Daubert</u> motion to exclude portions of the testimony and report of Susan Hayes.

  1.  Attached hereto as Exhibit 1 is a true and correct copy of the Amended and Restated Pharmacy Benefit Management & Administrative Services Agreement dated March 19, 2012.

  2.  Attached hereto as Exhibit 2 is a true and correct copy of referenced portions of the deposition of Kevin Hayes, dated May 19, 2016.

  3.  Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of Susan Hayes, dated April 19, 2016.

4. Attached hereto as Exhibit 4 is a true and correct copy of referenced portions of the deposition of Susan Hayes, dated July 6, 2016.

5. Attached hereto as Exhibit 5 is a true and correct copy of referenced portions of the deposition of Jeff Kang, dated March 31, 2016.

6. Attached hereto as Exhibit 6 is a true and correct copy of CMS's Final Audit Report, dated February 20, 2014.

7. Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Erin Costell, dated April 18, 2016.

8. Attached hereto as Exhibit 8 is a true and correct copy of referenced portions of the deposition of Gerard Mulcahy, dated June 29, 2016.

9. Attached hereto as Exhibit 9 is a true and correct copy of the Expert Report of Susan Hayes, dated May 25, 2016.

Pursuant to 28 U.S.C. § 1786, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**DLA PIPER LLP (US)**

s/ B. John Pendleton, Jr.
B. John Pendleton, Jr.
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
john.pendleton@dlapiper.com
Attorneys for Defendant

Dated: August 30, 2016